DOROTHY KNAPP, Respondent, v. ANN WAINWRIGHT PENFIELD (Also Known as Mrs. FREDERICK COURTLANDT PENFIELD), Appellant, Impleaded with Others,

Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.